718 A.2d 1246

**COMMONWEALTH of Pennsylvania, Respondent,**

v.

**Keegan SHINHOLSTER, Petitioner.**

Supreme Court of Pennsylvania.

Oct. 6, 1998.

## *ORDER*

PER CURIAM.

AND NOW, this 6th day of October, 1998, the Petition for Allowance of Appeal is hereby GRANTED. The order of the Superior Court is reversed. This case is remanded to the

Philadelphia County Court of Common Pleas for further proceedings consistent with this court's decision in *Commonwealth v. Jackson*, 548 Pa. 484, 698 A.2d 571 (1997).